IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MICHAEL CURTIS REYNOLDS,**
**#10671-023,**

        Plaintiff,

v.

**FAISAL VAKIL AHMED,** *et al.,*

        Defendants.

Case No. 21-cv-00345-SPM

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

On August 30, 2021, the motions for leave to proceed *in forma pauperis* filed by Plaintiff Reynolds were denied. (Doc. 100). Reynolds has "struck out" under 28 U.S.C. § 1915(g), and after holding an evidentiary hearing, the Court determined that he did not meet the requirements of the imminent danger exception. Reynolds was ordered to pay the filing fee of $402.00 on or before October 4, 2021, and was warned that failure to comply would result in dismissal of the action. *Id.*

To date, Reynolds has failed to pay the filing fee. Therefore, this action is **DISMISSED without prejudice** for failure to comply with an Order of this Court.[1] *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d

---

[1] Although Reynolds has two interlocutory appeals currently pending regarding the denial of motions for injunctive relief, the Court is not divested of jurisdiction. *See Staffa v. Pollard,* 597 F. App'x 893, 895 (7th Cir. 2015); *Wisc. Mut. Ins Co. v. U.S.*, 441 F. 3d 502, 504 (7th Cir. 2006); *Chrysler Motors Corp. v. Indus. Workers Union*, 909 F.2d 248, 250 (7th Cir.1990); *Shevlin v. Schewe,* 809 F. 2d 447, 450 (7th Cir. 1987). *Also see Kusay v. U.S.,* 62 F. 192, 194 (7 Cir. 1995) (holding that when a "notice of appeal from an interlocutory order is a frivolous effort to block the normal progress of litigation, the district judge may so certify and continue with the case").

466 (7th Cir. 1994). Any pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED** to enter judgment and close this case.

    **IT IS SO ORDERED.**

    DATED:   October 22, 2021

                                                _s/Stephen McGlynn_
                                                **STEPHEN P. MCGLYNN**
                                                **United States District Judge**